DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP A. JEAN-BAPTISTE,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-276

[November 9, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 06-2012-CA-014263 A.

Phillip A. Jean-Baptiste, Miramar, pro se.

Kimberly S. Mello and Danielle M. Diaz of Greenberg Traurig, P.A., Tampa, and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***